```
                    UNITED STATES DISTRICT COURT
                    MIDDLE DISTRICT OF TENNESSEE
                         COLUMBIA DIVISION
```

CHARLES M. MURPHY, JR.,          )
                                 )
        Plaintiff,                )
                                 )
    v.                           )    Case No. 1:07-0068
                                 )    Judge Echols
                                 )
COLLEEN KOLLAR-KOTELLY,          )
et al.,                          )
                                 )
        Defendants.              )

### ORDER

For the reasons explained in the Memorandum issued contemporaneously herewith, the Court hereby rules as follows:

(1) The Report and Recommendation (Docket Entry No. 75) is hereby ACCEPTED and APPROVED;

(2) Plaintiff's "Objections to the Report and Recommendation of Magistrate Juliet Griffin, and to Most of the Orders She Rendered on the 18th Day of September 2008" (Docket Entry No. 80) are hereby OVERRULED;

(3) Plaintiff's Motion for a Court Order to Require the United States Attorney's Office to Prosecute Defendants, Motion to Require the Clerk to Enter Default Judgments, Motion to Require the Clerk to Serve Pleadings in This Case on Additional Judges, and Motion to Require Clerk to Reassign This Case to Chief Judge Campbell (Docket Entry No. 78) is hereby DENIED;

1

(4) Defendants' Motion to Dismiss (Docket Entry No. 33) is hereby GRANTED;

(5) This case is hereby DISMISSED WITH PREJUDICE; and

(6) Entry of this Order on the docket shall constitute entry of a final judgment in accordance with Federal Rules of Civil Procedure 58 and 79(a).

It is so ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE

2

Case 1:07-cv-00068   Document 82   Filed 09/30/08   Page 2 of 2 PageID #: 681